| | |
|---|---|
| ESAW LAMPKIN, § | |
| Petitioner, § | |
| v. § | 2:17-CV-220 |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On March 8, 2018, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that the instant habeas application be denied. On March 15, 2018, petitioner timely filed objections to the Magistrate Judge's Findings, Conclusions and Recommendation (FCR).[1]

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the FCR. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's FCR is ADOPTED. Accordingly, the petition for a writ of habeas corpus is DENIED.

IT IS SO ORDERED.

ENTERED this 19th day of March 2018.

MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE

---

[1] Although the FCR was entered prior to the expiration of petitioner's deadline to file a reply to respondent's answer, petitioner filed such reply on March 9, 2018. It was reviewed by the Court and found to have no effect on the FCR.